UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| EVERETT ARRINGTON, JOHN COLLINS, LORETTA MAYNOR, JUDY GILREATH, DON FERGUSON, KERRI CRANE, TRACY FERGUSON, WILLIAM FERGUSON, SARA SMITH,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | CASE NO. 2:23-cv-00269-SCJ |

## ORDER TO EXTEND AND
## STAY CERTAIN DEADLINES

Having considered the Consent Stipulated Request to Extend and Stay Certain Deadlines submitted by the Parties, the stipulation (construed as a motion) is **GRANTED**.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' deadlines are adjusted as follows:

(1)　Plaintiffs' deadline to file a motion to remand is extended until February 13, 2024.  Meta shall file its response on or before March 14, 2024.  Plaintiffs shall file their reply on or before March 29, 2024;

(2)  The time for Meta to file its initial responsive pleadings without prejudice is hereby extended and any such filing will not be due until 30 days after this Court rules on Plaintiffs' forthcoming motion to remand. All other pre-discovery deadlines are hereby stayed and the time to comply with all local and federal rules will not begin until after Meta's initial responsive pleading.

**\* The Parties are reminded that all future requests for a court order shall be by motion pursuant to Federal Rule of Civil Procedure 7(b).**

SO ORDERED this __21st__ day of December, 2023.

s/Steve C. Jones
_____
Honorable Steve C. Jones
United States District Court
Northern District of Georgia

4876-9429-0328, v. 1